Christopher Legg, et al.

                              Plaintiff,

v.                                                           Case No.: 1:14–cv–10043
                                                            Honorable Robert W. Gettleman

PTZ Insurance Agency, LTD, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 4/12/2018. Patrick C. Crotty's unopposed motion [374] to withdraw his appearance as counsel for plaintiffs is granted. Plaintiff's unopposed motion [377] for leave to file under seal plaintiffs' reply in support of motion to dismiss Fairfax is granted. Plaintiffs' motion [370] to dismiss defendant Fairfax Financial Holdings is granted. Defendant Fairfax Financial Holdings is dismissed without prejudice. Fairfax Financial Holdings' motion to dismiss [293] is terminated as moot. Plaintiff's reply in support of summary judgment due by 5/3/2018. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.